■

**COM.**

v.

**WAKEFIELD, M.**

**68 EDA 2016**

Superior Court of Pennsylvania.

05/04/2017

CP–51–CR–0013650–2013 (Philadelphia)

Affirmed/Reversed

■

**CHESTNUT CREEK CONSTRUCTION**

v.

**MURPHY, E.**

**452 EDA 2016**

Superior Court of Pennsylvania.

05/04/2017

09–04149 (Montgomery)

Affirmed

■

**CHESTNUT CREEK CONSTRUCTION**

v.

**MURPHY, E.**

**551 EDA 2016**

Superior Court of Pennsylvania.

05/04/2017

09–04149 (Montgomery)

Affirmed

■

**COM.**

v.

**WILLIAMS, T.**

**701 EDA 2016**

Superior Court of Pennsylvania.

05/04/2017

CP–51–CR–0012448–2013 (Philadelphia)

Affirmed

■

**ONUFER, E.**

v.

**LEHIGH VALLEY HOSPITAL, et al.**

**2408 EDA 2016**

Superior Court of Pennsylvania.

05/04/2017

160102000 (Philadelphia)

Affirmed

■

**A.D.W.**

v.

**F.W., JR.**

**2792 EDA 2016**

Superior Court of Pennsylvania.

05/04/2017

2014–FC–0538 (Lehigh)

Affirmed

